### *Haughtalling* v. *Bronk.*

VAN VECHTEN on an affidavit in a writ of right, setting forth that one of the electors returned on the grand assize, had left the state, moved to amend the panel by adding another.

*Per Curiam.* As there is no opposition take your rule.

THOMPSON, J. I do not see how it is possible for the court to grant the motion. If they do, the elector will be appointed contrary to the act, and all proceedings under such a panel consequently void. My opinion is, that you should have a new elector

Aug. Term,
1805.
appointed in the same way as the others. I think we have a power to order the sheriff to summon another panel ; but I do not think we can direct another elector to be added.